UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENA ASEFI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AM RETAIL GROUP, INC.,<br><br>　　　　　Defendant. | Case No. 15-cv-04386-MEJ<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE**<br><br>**[Reassigned Case]** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　　　The above matter having been reassigned to the Honorable Maria-Elena James, it is hereby ordered, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, that a Case Management Conference shall be held in this case on March 17, 2016, at 10:00 A.M., in Courtroom B, 15th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.  The parties shall file a Joint Case Management Statement by March 10, 2016, containing the information in the Standing Order for All Judges in the Northern District of California, available at: http://cand.uscourts.gov/mejorders.  The Joint Case Management Statement form may be obtained at: http://cand.uscourts.gov/civilforms.  No chambers copy is required.

　　　　**IT IS SO ORDERED.**

Dated: January 19, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge